UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-50717 |
| DANIEL H. BRINKER, | : | CHAPTER 13 |
| Debtor. | : | JUDGE CALDWELL |

**NOTICE OF CHANGE OF ADDRESS OF DEBTOR**

Comes now the Debtor, Daniel H. Brinker, through the undersigned Case Attorney, and hereby gives this Court, and the Chapter 13 Trustee, notice of the Debtor's new mailing address. The Debtor's current mailing address is as follows:

**746 Racine Avenue
Columbus, OH 43204**

Respectfully submitted,

*/s/ Christopher J. Spiroff*
Christopher J. Spiroff (0042247)
1180 South High Street
Columbus, OH 43206
614/224.2104
Fax: 614/224.2066
Case Attorney for Debtor

CERTIFICATE OF SERVICE

The undersigned hereby states that a true and accurate copy of the foregoing Notice was served upon the following parties in interest, either by electronic means, or by regular, first-class, U.S. Mail, postage prepaid, on the date and at the addresses appearing below:

06/22/2016                                          */s/ Christopher J. Spiroff*
Date                                                     Christopher J. Spiroff

**served electronically**

Faye D. English, Chapter 13 Trustee
U.S. Trustee

**served by regular, U.S. Mail**

Daniel H. Brinker, 746 Racine Avenue, Columbus, OH 43204